BRADY SEARLES, *Respondent*, *v.* BENJAMIN BUCKHOUT, *Appellant.*— Motion denied, with ten dollars costs. Opinion by BARNARD, P. J.

WILLIAM RICKETS, *as Receiver*, *v.* GERHARD WESSELS.— Motion denied, with ten dollars costs. Opinion by GILBERT, J.

WILLIAM P. ROOME, *v.* THOMAS RILEY, *Sheriff, etc.*—Motion granted, without costs. Opinion by DYKMAN, J.

IN THE MATTER OF THE PETITION OF WILLIAM M. RICHARDSON IN BEHALF OF THE FIDELITY AND CASUALTY COMPANY. — Order granted.

LEVI W. FLAGG *v.* SAMUEL SWIFT and others. — Motion denied, with costs and disbursements. Opinion by DYKMAN, J.

———— DAVIS *v.* ———— LEOPOLD. — Order to correct return denied, without costs. Opinion by GILBERT, J.

PETER B. CROMWELL and others, *Plaintiffs*, *v.* JAMES W. WILTSIE and others, *Defendants.* — Order affirmed, with costs and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

SAMUEL B. CALDWELL, *Respondent*, *v.* WILLIAM V. BLOOR, *Appellant* — Papers not submitted according to stipulation, and therefore judgment affirmed.

IN THE MATTER OF ALLAN CAMPBELL, AS COMMISSIONER, ETC., TO ACQUIRE LANDS, ETC. — Order confirming report of commissioners as to parcel 59 affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

MICHAEL HESSBERG, *Appellant*, *v.* THOMAS M. RILEY, *Sheriff, etc.*, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* ROSS E. TERRY, *v.* WILLIAM S. MOULD and others. — Conviction of relator by board of excise affirmed, with costs. Opinion by GILBERT, J.

JACOB STROHER, *Respondent*, *v.* PHILIP B. ELTING, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; BARNARD, P. J., dissenting.

THE BRESLAU CO-OPERATIVE ASSOCIATION, *Respondent*, *v.* FRANZ KRAUTZ and LOUISA KRAUTZ, *Appellants.* — Judgment reduced to $115, with interest from January 1, 1879; and if the plaintiff do not consent to such reduction, then a new trial is granted, with costs to abide the event. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.

WILLIAM D. WOOD, *Respondent*, *v.* WILLIAM F. SCHAFERS and others, *Appellants.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; GILBERT, J., not sitting.

ELLEN CUNNINGHAM, *Appellant*, *v.* JAMES T. WRIGHT, *Respondent.*—Exceptions overruled and judgment for defendant. Opinion by GILBERT, J.